UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SERGIO DIAZ and RETHA
CONNERS, individually and
on behalf of all others
similarly situated,

         Case No. 23-10029

      Plaintiffs,

         Hon. George Caram Steeh

   v.

FORD MOTOR COMPANY,

      Defendant.

_____/

## JUDGMENT

In accordance with the court's order granting Defendant's motion to

dismiss, entered this date,

IT IS ORDERED AND ADJUDGED that judgment is hereby

GRANTED in favor of Defendant.

KINIKIA ESSIX
CLERK OF THE COURT

By:   Michael Lang
Deputy Clerk

APPROVED:

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
September 21, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk